**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
WILLIAM LOPEZ,

                Plaintiff,

-against-                          23 **CIVIL** 10420 (KMK)

                                                      **JUDGMENT**

SHERIFF LOUIS FALCO and COUNTY OF
ROCKLAND,

                Defendant.
------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion & Order dated September 17, 2025, the Court has granted Defendants' Motion. Because this is the second adjudication of Plaintiff's claims on the merits, the Amended Complaint is dismissed with prejudice. *See Chavez v. Gutwein*, No. 20-CV-342, 2022 WL 1487781, at *7 (S.D.N.Y. May 11, 2022) (citing *Denny v. Barber*, 576 F.2d 465, 471 (2d Cir. 1978)); *Melvin v. County of Westchester*, No. 14-CV-2995, 2016 WL 1254394, at *24 n.19 (S.D.N.Y. Mar. 29, 2016) (granting motion to dismiss with prejudice where "[the] [p]laintiff[] has already had two bites at the apple, and they have proven fruitless" (alteration adopted and quotation marks omitted)); accordingly, the case is closed.

**Dated:**  New York, New York

      September 18, 2025

                                                    **TAMMI M. HELLWIG**
                                                      **Clerk of Court**

                             **BY:**    K. Mango

                                                        **Deputy Clerk**